UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| ANTHONY G. HORTON, | ) | CASE NO. 1:06 CV 12 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | JUDGMENT ENTRY |
| ELYRIA POLICE, et al., | ) | |
| | ) | |
| Defendants. | ) | |


        This Court having contemporaneously filed its Memorandum
of Opinion in this case, it is therefore ORDERED that this action
is dismissed.  Further, the court certifies, pursuant to 28 U.S.C.
§ 1915(a)(3), that an appeal from this decision could not be taken
in good faith.


                                /s/ Patricia A. Gaughan
                                PATRICIA A. GAUGHAN
                                UNITED STATES DISTRICT JUDGE


Dated: 2/21/06